## Pintirsch Appeal.
## Pracht Appeal.

Argued April 14, 1970. *R. Koerner,* with him *Stanford A. Segal,* and *Gatz, Cohen & O'Brien,* for appellants; *William W. Milnes,* with him *Brandt, Riester, Brandt & Malone,* for appellee.

Orders affirmed.

## Proper *v.* Lerner, Appellant.

Argued April 15, 1970. *Robert J. Cindrich,* with him *Samuel N. Goldman,* for appellant; *Benjamin G. McFate,* with him *McFate, McFate and McFate,* for appellee.

Order affirmed.